RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHARLES M. DUFFY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6406
Facsimile:  (202) 307-0054
charles.m.duffy@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL J. PAULSON, ELIZABETH PAULSON, IZZY HOLDINGS, LLC., ARAN KAHN and WESTSTAR LOAN SERVICING CORPORATION,<br><br>Defendants. | CIVIL No. 2:20-cv-00361 RFB-NJK<br><br>**UNITED STATES' MOTION TO EXTEND THE TIME TO SERVE THE SUMMONSES AND COMPLAINT UNDER F.R.C.P. 4(m) BY 90 DAYS** |

    The United States hereby moves the Court under Federal Rule of Civil Procedure 4(m) to extend the time in which it must serve the defendants in this matter by 90 days.

    The United States previously notified the Court that Defendant Elizabeth Paulson recently filed a Chapter 13 Bankruptcy petition (Bankruptcy case number 20-10744). *See* ECF #4. Ms. Paulson has listed the real property at issue in the instant District Court case on her

1

Bankruptcy Schedules.[1]  *See* ECF #11 in the Bankruptcy case, at ECF page 14 of 43.

Because of Ms. Paulson's Bankruptcy case and the automatic stay of 11 U.S.C. § 362(a), service of the summonses and complaint in the instant District Court case has stalled.

Mr. Aran Kahn, who is a lien holder in the referenced real property and a defendant in the instant District Court case, recently filed a motion to dismiss the Bankruptcy case. *See* ECF #25 in the Bankruptcy case.  The Chapter 13 Bankruptcy Trustee is also seeking to dismiss the Bankruptcy case.  See ECF #23 in the Bankruptcy case.

If the Bankruptcy case is dismissed, the United States could proceed with service in the instant District Court case.  It is anticipated that the Bankruptcy Court will rule on the motions to dismiss filed in the Bankruptcy case in the near future and the additional 90 days will also allow the United States to determine what actions it will take in the Bankruptcy case to protect its interest in the real property.

The instant case was filed on February 20, 2020.  None of the defendants in this District Court case have been served because of the referenced Bankruptcy case.  If the requested extension of time is granted, the United States would be required to effectuate service on or before August 18, 2020.

There would be no prejudice to Ms. Paulson or any of the other defendants in the instant

---

[1] The fact that Ms. Paulson is now claiming that *she* owns the real property supports the Government's argument in the instant case that Izzy Holdings, LLC., which is the entity that was used to purchase the property, is merely a nominee. *See* the third claim of the complaint.

18686510.1

case if this motion is granted.  Further, good cause exists for this motion based on Ms. Paulson's Bankruptcy case.

      Respectfully submitted this 14th day of May, 2020.

                                      RICHARD E. ZUCKERMAN
                                      Principal Deputy Assistant Attorney General

                                      */s/ Charles M. Duffy*
                                      CHARLES M. DUFFY
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice

                                      Attorneys for the United States of America

18686510.1

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL J. PAULSON, ELIZABETH PAULSON, IZZY HOLDINGS, LLC., ARAN KAHN and WESTSTAR LOAN SERVICING CORPORATION,<br><br>Defendants. | CIVIL No. 2:20-cv-00361 RFB-NJK<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO EXTEND THE TIME TO SERVE THE SUMMONSES AND COMPLAINT UNDER F.R.C.P. 4(m) BY 90 DAYS** |

BASED ON THE Motion to Extend the Time to Serve the Summonses and Complaint filed by the United States and good cause appearing therefore, the Motion is granted and the United States shall effectuate service on or before August 18, 2020.

IT IS SO ORDERED,

_____
United States Magistrate Judge
May 14, 2020

1

18697263.1