# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DANIEL J. PAULSON, ELIZABETH PAULSON, IZZY HOLDINGS, LLC., ARAN KAHN and WESTSTAR LOAN SERVICING CORPORATION,<br><br>            Defendants. | CIVIL No. 2:20-cv-00361 RFB-NJK<br><br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO STAY THE CASE FOR SIX MONTHS AND EXTEND THE TIME TO SERVE UNTIL SIXTY DAYS AFTER THE SIX MONTH STAY EXPIRES** |

BASED ON THE Motions filed by the United States on July 21, 2020 and good cause appearing therefore, this case is stayed for six (6) months from the date of the entry of this Order and the United States is granted a second request for additional time to effectuate service of the summonses and complaint in this matter, until sixty (60) days after the expiration of the referenced six month stay.

1

18915675.1

The United States is also ordered to file a status report in this matter every three months from the date of the entry of this Order.

IT IS SO ORDERED,

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  23rd day of July, 2020.

18915675.1