# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>DANIEL J. PAULSON, et al.,<br>    Defendants. | Case No.: 2:20-cv-00361-RFB-NJK<br>**ORDER**<br>[Docket No. 13] |

Pending before the Court is the United States' motion to amend its complaint. Docket No. 13. The motion is properly resolved without a hearing. *See* LR 78-1.

On February 20, 2020, the United States filed its original complaint, asserting that federal tax liens against Defendants Daniel J. Paulson and Elizabeth. M. Paulson ("Defendants) should be foreclosed on certain real property. Docket No. 13 at 1–2; *see also* Docket No. 1. The original complaint was never served, and the real property has now been sold pursuant to a non-judicial foreclosure sale. Docket No. 13 at 2; *see also* Docket Nos. 11, 12. As a result, the United States now seeks to amend its complaint by eliminating its foreclosure claims against Defendants. Docket No. 13 at 2.

For good cause shown, the United States' motion to amend its complaint, Docket No. 13, is hereby **GRANTED**. The United States shall promptly file and serve its amended complaint.

IT IS SO ORDERED.

Dated: January 27, 2021

                                            Nancy J. Koppe
                                            United States Magistrate Judge