# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff(s),<br>v.<br>DANIEL J. PAULSON, et al.,<br>    Defendant(s). | Case No. 2:20-cv-00361-RFB-NJK<br><br>**ORDER** |

On May 24, 2021, a notice of bankruptcy was filed. Docket No. 18. The Government is hereby ORDERED to file a status report by December 20, 2022.

IT IS SO ORDERED.

Dated: December 2, 2022

Nancy J. Koppe
United States Magistrate Judge