# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff(s),<br>v.<br>DANIEL J. PAULSON, et al.,<br>    Defendant(s). | Case No. 2:20-cv-00361-RFB-NJK<br><br>**ORDER** |

Pending before the Court is the Government's status report indicating that bankruptcy proceedings have concluded and further indicating that the Government plans on filing a motion for summary judgment or other documents to resolve this matter. Docket No. 20. The Government must take action to advance this case by January 27, 2023.

IT IS SO ORDERED.

Dated: December 27, 2022

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge