# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>DANIEL J. PAULSON, et al.,<br>    Defendants. | Case No. 2:20-cv-00361-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 22] |

    Pending before the Court is Plaintiff's motion for leave to file a second amended complaint. Docket No. 22. "The court should freely give leave" to amend. Fed. R. Civ. P. 15(a)(2). Plaintiff submits that its second amended complaint accurately reflects the remaining issues in this case, including events that occurred after it filed the first amended complaint. *See* Docket No. 22 at 2-3. Additionally, Defendants have yet to answer Plaintiff's first amended complaint. *See* Docket.

    Accordingly, Plaintiff's motion for leave to amend complaint is **GRANTED**. Docket No. 22. Plaintiff is **ORDERED** to promptly file and serve the complete second amended complaint. *See* Local Rule 15-1.

    IT IS SO ORDERED.

    Dated: January 30, 2023

                                                          Nancy J. Koppe<br>                                                          United States Magistrate Judge