AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

United States of America,

                Plaintiff,

v.

Daniel J Paulson,

                Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-00361-RFB-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

the DEFAULT JUDGMENT is entered against Daniel Paulson and reducing his 2005 tax liability to judgment in the amount of $314,230.94 as of June 1, 2023, plus interest accruing after that date.

| 6/9/2023 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |
| | /s/ K. Ferris |
| | Deputy Clerk |